GARY M. RESTAINO
United States Attorney
District of Arizona

JENNIFER F. LEVINSON
Arizona State Bar Number 020551
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
jennifer.levinson@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>             v.<br><br>Barrett Firearms MFG CO 82A1, Rifle CAL:50 BMG, Serial Number AA013938,<br><br>             Defendant *in Rem*. | Case No.<br><br>**VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** |

Plaintiff United States of America brings this complaint and alleges as follows in accordance with Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

**BASIS FOR FORFEITURE**

1. This is a civil action *in rem*, brought to enforce the provisions of 18 U.S.C. § 924(d) for the forfeiture of a firearm involved in a violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(1)(A).

**JURISDICTION AND VENUE**

2. This Court has jurisdiction because the United States commenced this action and because it seeks forfeiture. 28 U.S.C. §§ 1345, 1355(a). Venue is proper in

this District because acts or omissions giving rise to forfeiture occurred in this District. 28 U.S.C. § 1355(b)(1)(A).

## DEFENDANT IN REM

3. The Defendant *in Rem* consists of a Barrett Firearms MFG CO 82A1 Rifle CAL:50 BMG, Serial Number AA013938 (the "Barrett").

4. The Barret was both seized and is currently in custody in Phoenix, Arizona.

## BACKGROUND

5. On April 7, 2022, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents (SA) were notified of suspicious activity by an out-of-state Federal Firearms License (FFL).

6. During the pendency of that investigation, the ATF SA Matias Santome learned that, on April 7, 2022, an individual by the name of Enrique Gonzales-Quintero (GONZALES-Quintero) placed on online order for a Barrett .50 caliber rifle for $8,799.99 from D&L Hunting and Outdoor Lodge, a Federal Firearms Licensee (FFL) in Rhode Island. The transaction was conducted online via the website gunbroker.com.

7. With $75 for shipping and $862.40 in taxes and fees, the total purchase price was $9,737.39.

8. Because GONZALES does not reside in Rhode Island, after receiving payment, D&L Hunting and Outdoor Lodge shipped the firearm to West Valley Pawn & Gold, an Arizona FFL, in order to complete the transaction in Arizona.

9. ATF SA Santome contacted West Valley Pawn & Gold and learned that GONZALES-Quintero was scheduled to pick up the Barrett on April 14, 2022.

10. SA Santome reviewed GONZALES's criminal history record and found that on August 3, 2016, GONZALES-Quintero pled guilty to Possession of Narcotic Drugs for Sale, a class two felony, in violation of A.R.S. §13-3408, 3401, 701, 702, 801 and 13-811 committed on or about May 29, 1996, in Arizona Superior Court, Maricopa County case number CR2006-010842-001. GONZALES-Quintero was represented by counsel.

2

11. GONZALES-Quintero's signature and initials appear on the plea agreement, dated August 3, 2016, affirming he pled guilty to a class two felony carrying a sentencing range of four to ten years' imprisonment, with a presumptive sentence of five years, and avowing that he read and understood the agreement and discussed it, and the nature of the charges, with his attorney.

12. At the change of plea hearing on August 3, 2016, the court reviewed the plea agreement with GONZALES-Quintero and advised him of the range of possible sentences, availability of probation and any special conditions.

13. Additionally, a review of the records revealed that during GONZALES-Quintero's arrest, he provided the false name, Richard M. Chavez. During the pendency of this case, he avowed to the Court that Enrique GONZALES-Quintero is in fact his true name.

14. On August 17, 2016, GONZALES-Quintero was sentenced to 2 years' probation for the offense. The court found that Gonzalez-Quintero knowingly, intelligently and voluntarily entered the guilty plea.

## FIREARM PURCHASE

15. Prior to the transfer of a firearm from an FFL, the buyer must complete ATF Form 4473 (Firearms Transaction Record) that the FFL is required to keep.

16. The ATF Form 4473 requires the purchaser to provide information regarding his/her identity, and answer, among others, the following questions: (a) whether he/she is the actual transferee/buyer of the firearms (the form notifies the transferee/buyer that he/she is not the actual transferee/buyer if he/she is acquiring the firearm on behalf of another person); and (b) whether he/she has ever been convicted in any court of a felony or any other crime for which the judge could have imprisoned him/her for more than one year, even if he/she received a shorter sentence including probation.

17. ATF Form 4473 also requires the buyer to certify, among other things, (a) that his/her answers are true, correct and complete; (b) that he/she understands that

3

making false statements on the form is a crime; and (c) that he/she understands that if he/she answers in the affirmative to certain questions, including the question about having been convicted of a felony stated in paragraph 14(a) above, that he/she is prohibited from receiving or possessing a firearm.

18. Using the ATF Form 4473, the FFL enters the information provided by the buyer into the National Instant Criminal Background Check System (NICS).

19. GONZALES-Quintero, entered West Valley Pawn & Gold to pick up the Barrett on April 14, 2022.

20. While in the store GONZALES-Quintero completed and signed ATF Form 4473. On the form, he stated that he was the actual transferee/buyer of the Barrett and that he has never been convicted of a felony or any other crime for which the judge could have imprisoned him for more than one year

21. West Valley Pawn & Gold entered GONZALES-Quintero's information into NICS to conduct the background check and it came back as "Denied," prohibiting the transfer of the firearm.

22. As of April 14, 2022, GONZALES-Quintero had not filed any paperwork Requesting to restore his right to possess firearms or set aside this conviction.

## CONTACT WITH GONZALES-QUINTERO

23. Knowing that GONZALES-Quintero was supposed to retrieve the Barret, law enforcement set up surveillance in the parking lot of West Valley Pawn & Gold on April 14, 2022.

24. At approximately 5:10pm, law enforcement observed a brown GMC Sierra bearing Arizona license plate number ATZ1765 registered to GONZALES-Quintero in the parking lot area of West Valley Pawn & Gold.

25. At approximately 6:10pm, surveillance personnel observed GONZALES-Quintero exit the store, enter his vehicle, and drive away.

26. ATF SAs Santome and Atzmiller learned that GONZALES-Quintero had been denied the sale of the firearm based on his criminal record during the NICS background check.

27. Shortly thereafter, an Arizona Department of Public Safety trooper observed GONZALES-Quintero make an unsafe lane change and stopped him for this offense.

28. ATF SAs Santome and Atzmiller responded to the traffic stop.

29. After identifying himself as an ATF SA, SA Santome interviewed GONZALES-Quintero who said, among other things, the following:

   a) When asked what he was doing at the pawn shop, GONZALES-Quintero stated he was "trying to buy a big gun just for the hell of it."
   b) When asked if he had ever purchased a firearm before, GONZALES-Quintero stated that he had not.
   c) When asked what firearm he was trying to buy, GONZALES-Quintero stated it was a .50 caliber, but provided an incorrect and nonexistent model.
   d) GONZALEZ-Quintero stated that he was going to keep the Barrett for a while and referred to it as an "investment"
   e) GONZALEZ-Quintero also referred to the Barret as a "toy."
   f) GONZALEZ-Quintero stated, referring to the Barret, that "nobody needs a gun like that if you're not in the armed forces if you're not at war."
   g) When asked if he had been arrested before, GONZALES-Quintero admitted that he had been arrested many years ago and gave the false name Ricardo/Richard Chavez.
   h) GONZALES-Quintero recalled turning himself in to law enforcement many years later.

  i) When asked if he pled guilty to drug charges, GONZALES-Quintero said yes, although he stated that he thought the charge was reduced to a misdemeanor due to the length of time that had passed between arrest and conviction.

  j) When asked if he was sentenced to probation based on the charges, GONZALES-Quintero said yes.

30. In SA Santome's training and experience, it is unlikely for a person to purchase this type of firearm for approximately $9,000 and be unable to identify its model.

## SEIZURE OF THE BARRETT

31. After speaking with GONZALES-Quintero, ATF SAs traveled to West Valley Pawn & Gold and seized the Barrett

32. On May 16, 2022, ATF commenced administrative forfeiture.

33. On June 20, 2022, GONZALES-Quintero filed a claim to the Barrett with ATF.

## CLAIM FOR RELIEF

34. The defendant *in rem* is subject to forfeiture pursuant to 18 U.S.C. § 924(d) as it is a firearm involved in a violation of providing materially false information to a Federal Firearms Licensee in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(1)(A).

WHEREFORE, the United States of America prays that process issue for an arrest warrant *in rem* of the defendant property; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property be forfeited to the United Sates of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court deems just and property, together with the costs and

/ / /

/ / /

6

1  disbursements of this action.

2  DATED this 16th day of September 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/S/ Jennifer F. Levinson*
JENNIFER F. LEVINSON
Assistant United States Attorney